Abated and
Memorandum Opinion filed December 31, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00427-CR

____________

 

ROBERT ESPINOZA GARZA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 174th District Court

Harris County, Texas

Trial Court Cause No. 1130082

 

 

 



M E M O R
A N D U M   O P I N I O N

            On December 9, 2009, this court was formally notified of
appellant’s death and furnished a copy of a proof of death letter from the
Harris County Medical Examiner. The death of an appellant during the pendency
of an appeal deprives this court of jurisdiction. See Ryan v. State, 891
S.W.2d 275 (Tex. Crim. App. 1994). When an appellant dies after an appeal is
perfected but before this court issues the mandate, the appeal is to be
permanently abated. See Tex. R. App. P. 7.1(a)(2). 

            Accordingly, we order the
appeal permanently abated. 

 

                                                                        PER
CURIAM

 

Panel
consists of Chief Justice Hedges and Justices Anderson and Christopher.

Do
not publish — Tex. R. App. P. 47.2(b).